**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADLER DARWIN CANO VILLATORO,

Petitioner,

v.

JANET NAPOLITANO, et al.,

Respondents.

NO. C10-5875 TEH

ORDER GRANTING TEMPORARY STAY AND SETTING BRIEFING SCHEDULE

The Court grants Petitioner's motion for temporary stay of removal pending resolution of Petitioner's motion to stay filed on December 23, 2010. The motion to stay shall be heard on Monday, February 7, 2011, at 10 a.m. in Courtroom 2. Respondents shall file opposition papers no later than January 17, 2011[1], and Petitioner shall file reply papers no later than January 24, 2011.

**IT IS SO ORDERED.**

Dated: 1/10/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] January 17, 2011, is a federal holiday. Rule 6(a)(3) of the Federal Rules of Civil Procedure states that if the clerk's office is inaccessible on the last day for filing, the deadline is extended to the first accessible day, which in this case is January 18, 2011.