IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADLER DARWIN CANO VILLATORO,

                Petitioner,

v.

JANET NAPOLITANO, et al.,

                Respondents.

NO. C10-5875 TEH

ORDER RE: MOTION TO STAY

On January 10, 2011, the Court filed an order granting Petitioner's motion for temporary stay of removal pending resolution of Petitioner's motion to stay filed on December 23, 2010. The Court's order also set a hearing and briefing schedule for the motion to stay. Respondents filed a timely opposition on January 18, 2011, and Petitioner filed a timely reply on January 24, 2011. Having read these papers and finding no opposition to Petitioner's motion to stay, the Court hereby GRANTS Petitioner's motion to stay removal pending resolution of his petition for habeas corpus.

The hearing scheduled for February 7, 2011, in Courtroom 2, is hereby VACATED. The petition for habeas corpus, which has been fully briefed by the parties, is under submission.

**IT IS SO ORDERED.**

Dated: 1/31/11

                              THELTON E. HENDERSON, JUDGE
                              UNITED STATES DISTRICT COURT