United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADLER DARWIN CANO
VILLATORO,

                    Petitioner,

        v.

JANET NAPOLITANO, et al.,

                    Respondents.

NO. C10-5875 TEH

ORDER SCHEDULING CASE
MANAGEMENT CONFERENCE

The parties are HEREBY ORDERED to appear at a case management conference on
March 14, 2011, at 1:30 p.m. in Courtroom 12. The parties shall be prepared to discuss (1)
whether the Court should rule on the question of administrative exhaustion even though no
mandate has been issued in *Singh v. Napolitano*, 619 F.3d 1101 (9th Cir. 2010); and (2)
whether Respondents should be given an opportunity to respond to the facts submitted
through Petitioner's verification of the petition for habeas corpus. No later than seven days
prior to the case management conference, the parties shall file a joint case management
statement addressing these issues.

**IT IS SO ORDERED.**

Dated: 2/24/11

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT