```
1  MELINDA HAAG, CSBN 132612
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney
   E-mail: ila.deiss@usdoj.gov
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7124
7     FAX: (415) 436-7169

8  Attorneys for Respondents
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADLER DARWIN CANO VILLATORO,<br><br>Petitioner,<br><br>v.<br><br>JANET NAPOLITANO, Secretary, Department of Homeland Security; TIMOTHY AITKEN, Field Office Director, Immigration and Customs Enforcement, and ERIC HOLDER, JR., Attorney General of the United States,<br><br>Respondents. | No. C 10-5875 TEH<br><br>**STIPULATION TO DISMISS; AND [~~PROPOSED~~] ORDER** |

Whereas on March 24, 2011, the Court directed Petitioner to show cause within 14 days after issuance of the mandate why in light of *Pal Singh v. Napolitano*, 619 F.3d 1101 (9th Cir. 2010) his petition for a writ of habeas corpus should not be dismissed; and

Whereas on May 3, 2011, the mandate issued in *Pal Singh v. Napolitano, supra*; and

Whereas Petitioner, having been fully advised of the issues pending before the District Court and the potential legal consequences of dismissal, has requested in writing that the petition be dismissed and the stay order be lifted;

Petitioner, by and through his attorney of record, and Respondent, by and through their

1 | attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the
2 | above-entitled action without prejudice and to a lifting of the stay of removal imposed on January
3 | 31, 2011.  The parties further stipulate to paying their own costs and fees.

5 | Dated: May 4, 2011                    Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney


                                        _____/s/_____
                                        ILA C. DEISS
                                        Assistant United States Attorney

Dated: May 4, 2011                      _____/s/_____
                                        JAMES TODD BENNETT
                                        Attorney for Petitioner


**ORDER**

Pursuant to stipulation,

SO ORDERED.

DATE:   05/04/2011

_____
THE HONORABLE THELTON E. HENDERSON
United States District Judge

Stipulation to Dismiss
C 10-5875 TEH                           2